**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEROME BURNS, SR.,

    Petitioner,

vs.

RANDY GROUNDS, Warden,

    Respondent.

No. C 13-04122 YGR (PR)

**ORDER**

Petitioner, a state prisoner, has filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

In an Order dated November 26, 2013, the Court found that it did not appear from the face of the petition that it was without merit. Therefore, the Court ordered Respondent to file an Answer showing cause why a writ of habeas corpus should not be issued. The Answer is due on January 27, 2014.

Before the Court is Petitioner's motion to amend his petition. He alleges that his previously-filed petition "did not present all the exhausted state court claims or arguments and exhibits . . . ." (Mot. to Amend at 1.) No later than **twenty-eight (28) days** of the date of this Order, Respondent shall file a response to Petitioner's motion. Petitioner shall file a reply within **fourteen (14) days** after being served with the response. The motion will be deemed submitted and ready for decision at that time.

The Court notes that the aforementioned briefing schedule does not affect the original briefing schedule from the Court's November 26, 2013 Order. Therefore, Respondent's Answer relating to the claims in Petitioner's original petition is still due on January 27, 2014.

IT IS SO ORDERED.

DATED: January 23, 2014

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

G:\PRO-SE\YGR\HC.13\Burns4122.resp2Mot2Amend.wpd