IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME BURNS, SR., | Case No. C 13-04122 YGR (PR) |
| Petitioner, | ORDER GRANTING EXTENSION OF TIME |
| v. | |
| RANDY GROUNDS, Warden, | |
| Respondent. | |

GOOD CAUSE APPEARING, respondent is granted an additional 28-day extension of time, to and including **March 31, 2014**, to file a response to petitioner's motion to amend his petition for writ of habeas corpus.  Petitioner may file a reply within **fourteen (14) days** after service of the response.

Dated:   March 12, 2014

_____
The Honorable Yvonne Gonzalez Rogers
United States District Judge

1

P:\PRO-SE\YGR\CR.13\Burns4122.EOT-resp2Mot2Amend.doc