UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME BURNS, SR.,<br><br>              Petitioner,<br><br>   v.<br><br>DAVID DAVEY, Warden,<br><br>             Respondent. | Case No. 13-cv-04122-YGR (PR)<br><br>**JUDGMENT** |

For the reasons set forth in this Court's Order Denying the Petition for a Writ of Habeas Corpus; and Denying Certificate of Appealability, judgment is hereby entered in favor of Respondent. Each party shall bear his own costs.

IT IS SO ORDERED.

Dated: February 16, 2016

_____
YVONNE GONZALEZ ROGERS
United States District Judge